UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CATAPULT COMMUNICATIONS CORP., | ) | |
| | ) | Case No. 06 CV 6112 |
| PLAINTIFF, | ) | |
| | ) | Judge Andersen |
| v. | ) | |
| | ) | |
| LEWIS FOSTER, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

## LEWIS FOSTER'S MOTION FOR SUMMARY JUDGMENT

Defendant Lewis Foster ("Foster") thorough his attorneys, Meckler Bulger Marick and Pearson, hereby moves for summary judgment. In support of his motion, Foster states as follows, submits a memorandum in support and a separate Statement of Undisputed Material Facts.

1. Plaintiff Catapult Communications Corporation ("Catapult") sells telecommunications testing equipment and, for a short time, Foster was a Catapult salesman. In 2003, Foster left Catapult's employ for a competitor.

2. On May 25, 2006, Catapult instituted arbitration against Foster and ultimately the dispute ended up before this Court.

3. Catapult claims that Foster violated the Computer Fraud and Abuse Act ("CFAA") by copying emails and other information before he left Catapult. Catapult also alleges that Foster misappropriated trade secrets and violated a confidentiality agreement by using Catapult pricing and product information to undercut Catapult's sales.

4. However, as set out in Foster's Memorandum in Support of Summary Judgment, all of Catapult's claims are unfounded. Merely copying information is not actionable under the CFAA, and pricing information is not a trade secret. More significantly, Foster did not use the alleged confidential information in connection with his sales nor was Catapult actually damaged by Foster's acts. For most sales, Catapult had no competitive products or the company could not and did not compete for the business.

WHEREFORE, Foster respectfully requests that the Court grant his Motion for Summary Judgment and for such other and further relief as is appropriate under the circumstances.

Dated: November 24, 2009

          **Respectfully Submitted,**

By: **/s/ Chad Main**
     **Attorneys for Defendant**

Michael I. Leonard
Chad W. Main
Meckler, Bulger Tilson Marick & Pearson LLP
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312)474-7925 (phone)
(312)474-7898 (fax)
m:\11141\summary judgment\sj mtn.doc

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Theodore Becker
MORGAN LEWIS & BOCKIUS
77 W. Wacker Drive
5th Floor
Chicago, IL 60601
(312)324-1000
(312)324-1001 (fax)
tbecker@morganlewis.com

J. Pat Heptig
Heptig Law Group, Ltd.
1700 Pacific Ave.,
Suite 2650, Dallas, TX 75201

/s/ Chad W. Main
MECKLER BULGER TILSON MARICK &
PEARSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7900 - Telephone
(312) 474-7898 – Facsimile